**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEI GENG,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTOR OF THE LOS ANGELES ASYLUM OFFICE FOR THE U.S. CITIZENSHIP & IMMIGRATION SERVICES, ET AL.,<br><br>　　　　　　Defendants. | Case No.  2:23-cv-01642-JLS-MRW<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION (Doc. 16)** |

　　Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties (Doc. 16), and finding good cause therefor,

　　IT IS HEREBY ORDERED that the instant action shall be stayed until February 7, 2024. No later than that date, Plaintiff shall file a notice of dismissal or status report in the action.

DATED: May 4, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE